
David M. Philips, SBN45761
Attorney at Law
3853 Brockton Avenue
Riverside, CA   92501
951  686-3220
Fax  686-1812
Email:    davidmphilips@sbcglobal.net

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,)<br>　　　　　Plaintiff,)<br>　　　　　　　　　　　　 )<br>　　　VS.　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>Peter Soto, et al　　　 )<br>　　　Defendants.　　　 )<br>_____ ) | Case No. 2:08-cr-01201-DOC-14<br><br>MOTION TO TRANSFER TO MDC OR SANTA ANA CITY JAIL & [proposed] ORDER |

　　　UPON GOOD CAUSE:

　　　It is ordered that Defendant, Peter Soto, be immediately transferred to the MDC or Santa Jail.

Dated: December 16, 2011    _/s/ David O. Carter_____
　　　　　　　　　　　　　　 HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　 DISTRICT COURT JUDGE

_____ 1
[Proposed] ORDER re:  motion to transfer to MDC or Santa Ana City Jail